# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lora Powell,

Plaintiff(s),

v.

Verizon Wireless Solutions, LLC,

Defendant(s).

Case No. 16 C 6711
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed for want of prosecution, plaintiff having failed to appear in response to the rule to show cause.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion

Date: 3/30/2017

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk